FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

JUN 11 2024

GARY P. SEDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

TRINA A. HIGGINS, United States Attorney (7349)
STEPHEN P. DENT, Assistant United States Attorney (17405)
JENNIFER K. MUYSKENS, Assistant United States Attorney (DC 475353)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4265
stephen.dent@usdoj.gov

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. BRIAN GARRY SEWELL, and KEEN LEE ELLSWORTH, Defendants. | **INDICTMENT** COUNT 1: 18 U.S.C. §§ 371, 1960 (Conspiracy to Conduct an Unlicensed Money Transmitting Business) (Sewell and Ellsworth) COUNT 2: 18 U.S.C. §§ 1960 and 2 (Unlicensed Money Transmitting Business) (Sewell) COUNT 3: 18 U.S.C. § 641 (Theft of Government Property) (Sewell) Case: 4:24-cr-00054 Assigned To : Nuffer, David Assign. Date : 6/7/2024 Description: USA v |
|---|---|

The Grand Jury Charges:

## Background

At all times relevant to this Indictment:

1. Defendant BRIAN GARRY SEWELL was a resident of Washington County, Utah and Puerto Rico.

2. Defendant KEEN LEE ELLSWORTH was a resident of Washington County, Utah.

3. Rockwell Capital Management was a Delaware company that was also registered in Utah with a registered address in St. George, Utah, and was also registered in Nevada with a registered address in Las Vegas, Nevada.

4. Ellsworth & Associates Ltd. was a Nevada corporation with a registered address in Las Vegas, Nevada.

5. SEWELL owned and operated Rockwell Capital Management.

6. ELLSWORTH owned and operated Ellsworth & Associates Ltd.

## COUNT 1
### 18 U.S.C. §§ 371, 1960
### (Conspiracy to Conduct an Unlicensed Money Transmitting Business)

7. All the allegations set forth in this Indictment are incorporated herein by reference and realleged as though fully set forth herein.

8. Beginning at least in or about March 2020 and continuing through at least September 2020, in the District of Utah and elsewhere,

**BRIAN GARRY SEWELL, and
KEEN LEE ELLSWORTH,**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to knowingly conduct, control, manage, supervise, direct, and own all or part of an unlicensed money transmitting business without registering that business as required by 31 U.S.C. § 5330, all in violation of 18 U.S.C. §§ 371 and 1960.

### Object of the Conspiracy

9. It was the purpose and object of the conspiracy for the defendants and their coconspirators, whose identities are known and unknown to the Grand Jury, to knowingly conduct, control, manage, supervise, direct, and own all or part of an unlicensed money transmitting business without registering it as required by law and knowing that the transmitted funds were derived from a criminal offense or intended to promote or support unlawful activity.

### Overt Acts of the Conspiracy

10. On or about the dates listed below, in the District of Utah and elsewhere, defendants and their coconspirators, whose identities are known and unknown to the Grand Jury, committed and caused to be committed the following overt acts, among others, in

furtherance of the conspiracy, by causing the transmission of funds as part of an unregistered money transmitting business:

| Overt Act | Date (on or about) | Amount of Transfer(s) | Transmitting Party or Parties | Receiving Party or Parties |
|---|---|---|---|---|
| 1. | March 13, 2020 | $371,000 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 2. | March 13, 2020 | $402,628 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 3. | April 13, 2020 | $198,470 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 4. | April 13, 2020 | $198,000 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 5. | April 24, 2020 | $50,000 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 6. | April 24, 2020 | $50,000 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 7. | April 28, 2020 | $25,742.19 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 8. | April 28, 2020 | $25,611.52 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |

| 9.  | May 6, 2020  | $178,620    | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| --- | ---          | ---         | ---                                     | ---                                       |
| 10. | May 6, 2020  | $178,620    | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 11. | May 12, 2020 | $108,845    | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 12. | May 12, 2020 | $145,845    | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 13. | May 18, 2020 | $122,470    | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 14. | May 18, 2020 | $101,940    | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 15. | May 18, 2020 | $224,410    | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 16. | May 27, 2020 | $126,739.50 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 17. | May 27, 2020 | $126,739    | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 18. | June 8, 2020 | $146,242.50 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |

| | | | | |
|---|---|---|---|---|
| 19. | June 8, 2020 | $146,242.50 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 20. | June 15, 2020 | $131,615.25 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 21. | June 15, 2020 | $131,615.25 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 22. | June 24, 2020 | $101,385.60 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 23. | June 24, 2020 | $102,000 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 24. | June 30, 2020 | $126,739.50 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 25. | July 10, 2020 | $109,186.80 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 26. | July 10, 2020 | $107,000 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 27. | July 22, 2020 | $113,245 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 28. | July 22, 2020 | $157,000 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |

| 29. | July 27, 2020 | $111,005 | ELLSWORTH<br><br>Ellsworth & Associates | Business with initials C.C.H. |
|---|---|---|---|---|
| 30. | July 31, 2020 | $150,133.25 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 31. | July 31, 2020 | $148,000 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 32. | August 4, 2020 | $63,719.20 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 33. | August 10, 2020 | $9,455 | ELLSWORTH<br><br>Ellsworth & Associates | Business with initials C.C.H. |
| 34. | August 10, 2020 | $10,000 | ELLSWORTH<br><br>Ellsworth & Associates | Individual with initials M.J.C. |
| 35. | August 10, 2020 | $297,920 | ELLSWORTH<br><br>Ellsworth & Associates | Business with initials C.C.H. |
| 36. | August 12, 2020 | $129,497.50 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 37. | August 14, 2020 | $39,163.15 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 38. | August 21, 2020 | $34,090.40 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |

| 39. | August 27, 2020 | $142,795 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
|---|---|---|---|---|
| 40. | August 27, 2020 | $140,000 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 41. | August 28, 2020 | $49,860.25 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 42. | August 28, 2020 | $40,000 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 43. | Sept. 3, 2020 | $71,820.83 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 44. | Sept. 3, 2020 | $75,000 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 45. | Sept. 9, 2020 | $82,710 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |
| 46. | Sept. 9, 2020 | $155,000 | SEWELL<br><br>Rockwell Capital Management | Third-party payment platform used to purchase cryptocurrency |
| 47. | Sept. 10, 2020 | $32,514.40 | ELLSWORTH<br><br>Ellsworth & Associates | SEWELL<br><br>Rockwell Capital Management |

## COUNT 2
## 18 U.S.C. § 1960
### (Unlicensed Money Transmitting Business)

11. All the allegations set forth in this Indictment are incorporated herein by reference and realleged as though fully set forth herein.

12. Between at least on or about June 19, 2020 and continuing until at least on or about May 12, 2021, in the District of Utah and elsewhere,

**BRIAN GARRY SEWELL,**

defendant herein, did knowingly conduct, control, manage, supervise, direct, and own all or part of an unlicensed money transmitting business without registering that business as required by 31 U.S.C. § 5330, and did aid and abet others in conducting, controlling, managing, supervising, directing, and owning all and part of an unlicensed money transmitting business, all in violation of 18 U.S.C. §§ 1960 and 2.

13. SEWELL operated an unlicensed money transmitting business by accepting wire transfers of funds, transferring those funds to a third-party payment platform used to purchase cryptocurrency, purchasing cryptocurrency, and sending the cryptocurrency to wallets, including by doing so on behalf of Entity 1 in transactions involving at least 21 wire transfers involving over $2.6 million.

## COUNT 3
## 18 U.S.C. § 641
### (Theft of Government Property)

14. All the allegations set forth in this Indictment are incorporated herein by reference and realleged as though fully set forth herein.

15. Between on or about May 12, 2021 and on or about May 16, 2021, in the District of Utah and elsewhere,

**BRIAN GARRY SEWELL,**

defendant herein, did embezzle, steal, purloin, and knowingly convert to his own use, and, without authority, conveyed, property belonging to the United States, to wit: $217,727.23, in violation of 18 U.S.C. § 641.

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 982(a)(1), upon conviction of any offense in violation of 18 U.S.C. § 1960, the defendant(s) shall forfeit to the United States of America any property, real or personal, involved in such violations, and any property traceable to such property. The property to be forfeited includes, but is not limited to the following:

- A money judgment equal to the value of all property involved in the money laundering and any property traceable to such property and not available for forfeiture as a result of any act or omission of the defendant(s) for one or more of the reasons listed in 21 U.S.C. § 853(p).

- Substitute property as allowed by 21 U.S.C. § 853(p) via 18 U.S.C. § 982(b).

10

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 641, SEWELL shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following:

- A money judgment equal to the value of any property not available for forfeiture as a result of any act or omission of the defendant(s) for one or more of the reasons listed in 21 U.S.C. § 853(p).
- Substitute property as allowed by 18 U.S.C. § 982(b) and 21 U.S.C. § 853(p).

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

STEPHEN P. DENT
JENNIFER K. MUYSKENS
Assistant United States Attorneys

11